DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHARLES GARRETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES GARRETT,<br><br>Defendant. | Case No. 1:11-cr-00390 LJO-1<br><br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE; ORDER THEREON<br><br>Date: April 16, 2012<br>Time: 8:30 a.m.<br>Dept : Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for March 19, 2012, at 8:30 a.m., **may be continued to April 16, 2012 at 8:30 a.m.**

New defense counsel requests this extension to allow time to become familiar with the case. The requested continuance will conserve time and resources for all parties and the Court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of

Garrett — Stipulation to Continue
Status Conference and Order Thereon

justice, including but not limited to, the need for the period of time set forth herein for further plea negotiation and defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: March 15, 2012  By:  /s/ Kimberly Sanchez
KIMBERLY SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 15, 2012  By:  /s/ Jeremy S. Kroger
JEREMY S. KROGER
Assistant Federal Defender
Attorney for Defendant
Charles Garrett

**O R D E R**

**Good cause exists to continue as requested.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   March 15, 2012**      /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Defendant's Order to Appear